# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.  Case No. 12-Cr-189

**STEVEN JONES**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for a:

**CHANGE OF PLEA HEARING**

at the Federal Courthouse, 517 E. Wisconsin Ave. Milwaukee, WI,

at **10:30 a.m**. on **Thursday, November 7, 2013**, in **Courtroom 320**,

before **U.S. District Judge Rudolph T. Randa.**

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Jon W. Sanfilippo
Clerk, U.S. District Court

by: *s/ Linda M. Zik*   **October 18, 2013**
Linda M. Zik            Dated
Courtroom Deputy Clerk
(414) 297-3072

<u>Defendant's Attorney</u>
**Michael J. Steinle**
**Terschan Steinle & Ness**
**309 North Water Street - Suite 215**
**Milwaukee, Wisconsin 53202-5713**

<u>Defendant</u>
**In custody**                     **XX** U.S. Attorney **AUSA Erica N. O'Neil**

**XX** U.S. Marshal

**XX** U.S. Probation