UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                   Case No. 12-CR-189

STEVEN JONES

                Defendants.

---

## CERTIFICATE OF SERVICE

---

      I hereby certify that on April 18, 2014, I electronically filed the government's motion to seal, with proposed sealing order, with the Clerk of the Court using the ECF system. I further certify that I have served a copy of all documents on counsel for defendant, Michael Steinle via email.

      Dated at Milwaukee, Wisconsin, this 18th day of April, 2014.

                                  JAMES L. SANTELLE
                                  United States Attorney

                By:    s/

                                  MARGARET B. HONRATH
                                  Assistant United States Attorney