UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

  v.                                                    Case No. 12-CR-189

STEVEN JONES,

       Defendant.

## ORDER TO SEAL

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, that the government's submission filed on April 18, 2014, in the above-named case be **SEALED** for a period of one year or until further order of this Court.

SO ORDERED this 22nd day of April, 2014.

                                                        HONORABLE RUDOLPH T. RANDA
                                                        United States District Judge