# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                                **Case No. 12-CR-189**

**STEVEN JONES,**

    Defendant.

## DECISION AND ORDER

Steven Jones moves for an extension of time to file an appeal. Jones' judgment of conviction was entered on June 2, 2014. Thus, his time to appeal expired almost a year ago. Fed. R. App. P. 4(b)(1)(A). The appeal period cannot be extended that far. Fed. R. App. P. 4(b)(4) (courts can "extend the time to file a notice of appeal for a period *not to exceed 30 days from the expiration of the time otherwise prescribed by the Rule 4(b)*") (emphasis added).

Jones' motion [ECF No. 446] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 4th day of June, 2015.

                                                  **SO ORDERED:**

                                                  *[signature]*

                                                  **HON. RUDOLPH T. RANDA**
                                                  **U.S. District Judge**